**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CEPHALON, INC., and ACUSPHERE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> CELGENE CORP., ABRAXIS BIOSCIENCE, INC. and ABRAXIS BIOSCIENCE, LLC <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2011-CV-12226-GAO |

**DECLARATION OF JOHN R. MCNAIR, ESQ. IN SUPPORT OF**
**PLAINTIFFS CEPHALON INC.'S AND ACUSPHERE, INC.'S**
**OPENING CLAIM CONSTRUCTION BRIEF**

I, JOHN R. MCNAIR, hereby declares as follows:

1. This Declaration is submitted in support of Plaintiffs Cephalon, Inc.'s and Acusphere, Inc.'s Opening Claim Construction Brief.

2. I am an attorney duly admitted to practice law in the State of Illinois and I am admitted Pro Hac Vice to practice before this Court. I am an associate at Winston & Strawn LLP, and an attorney for Plaintiffs Cephalon, Inc. and Acusphere, Inc. The facts stated herein are known to me of my personal knowledge and, if sworn, I could and would testify completely thereto.

3. Attached as EXHIBIT 1 is a true and correct copy of United States Patent No. RE40,493.

4. Attached as EXHIBIT 2 is a true and correct copy of U.S. Application No. 09/798,824.

5. Attached as EXHIBIT 3 is a true and correct copy of an Office Action dated December 3, 2001 in U.S. Application No. 09/798,824.

6. Attached as EXHIBIT 4 is a true and correct copy of Office Action dated June 3, 2002 in U.S. Application No. 09/798,824.

7. Attached as EXHIBIT 5 is a true and correct copy of a Amendment dated August 7, 2002 in U.S. Application No. 09/798,824.

8. Attached as EXHIBIT 6 is a true and correct copy of U.S. Patent No. 5,855,913 ("Hanes").

9. Attached as EXHIBIT 7 is a true and correct copy of an Amendment dated February 22, 2002 in U.S. Application No. 09/798,824.

10. Attached as EXHIBIT 8 is a true and correct copy of Chapter 28 from "Nanoparticulates As Drug Carriers" (ed. Vladimir P. Torchilin 2006).

11. Attached as EXHIBIT 9 is a true and correct copy of the Expert Report Of Robert S. Langer, Sc.D. Relating To Claim Construction dated January 18, 2013.

12. Attached as EXHIBIT 10 is a true and correct copy of the Responsive Expert Report and Declaration Of Robert S. Langer Relating To Claim Construction dated February 22, 2013.

13. Attached as EXHIBIT 11 is a true and correct copy of the Supplemental Expert Report and Declaration Of Robert S. Langer Relating To Claim Construction dated April 16, 2013.

14. Attached as EXHIBIT 12 is a true and correct copy of excerpts from the April 7, 2013 deposition of Robert S. Langer Sc.D.

15. Attached as EXHIBIT 13 is a true and correct copy of excerpts from the April 5, 2013 deposition of Mansoor Amiji, Ph.D.

16. Attached as EXHIBIT 14 is a true and correct copy of U.S. Provisional Application No. 60/158,659, a priority application listed on the face of the '493 patent.

17. Attached as EXHIBIT 15 is a true and correct copy of excerpts from The American Heritage Stedman's Medical Dictionary (1995).

18. Attached as EXHIBIT 16 is a true and correct copy of excerpts from Merriam-Webster's Collegiate Dictionary (10th Edition) (1999).

19. Attached as EXHIBIT 17 is a true and correct copy of excerpts from The Facts On File Dictionary of Chemistry.

20. Attached as EXHIBIT 18 is a true and correct copy of excerpts from the International Union of Pure and Applied Chemistry, "Glossary of Terms Used In Physical Organic Chemistry," Pure & Appl. Chem., Vol. 66, pp. 1077-1184, at 1123 (1994).

21. Attached as EXHIBIT 19 is a true and correct copy of the Expert Report and Declaration of Mansoor M. Amiji, Ph.D. Regarding Claim Construction For U.S. Patent No. RE40,493, dated January 17, 2013.

22. Attached as EXHIBIT 20 is a true and correct copy of the Rebuttal Expert Report and Declaration of Mansoor M. Amiji, Ph.D. Regarding Claim Construction For U.S. Patent No. RE40,493.

23. Attached as EXHIBIT 21 is a true and correct copy of the supplemental notice of allowance dated August 17, 2007 in U.S. Application No. 11/213,257.

24. Attached as EXHIBIT 22 is a true and correct copy of a Notice of Allowability dated November 26, 2002 in U.S. Application No. 09/798,824..

25. Attached as EXHIBIT 23 is a true and correct copy of WO 2011/119822.

26. Attached as EXHIBIT 24 is a true and correct copy of the Supplemental Expert Report and Declaration of Mansoor M. Amiji, Ph.D. Regarding Claim Construction For U.S. Patent No. RE40,493, dated April 22, 2013.

27. Attached as EXHIBIT 25 is a true and correct copy of Alan Rawle, "Malvern Techical Paper: Basic Principles Of Particle Size Analysis."

28. Attached as EXHIBIT 26 is a true and correct copy of F. Carli and A. Motta, "Particle Size and Surface Area Distributions of Pharmaceutical Poweders by Microcomputerized Mercury Porosimetry," Journal Pharmaceutical Sciences, Vol. 73, 197-203, at 202 (February 1984).

29. Attached as EXHIBIT 27 is a true and correct copy of Harry G. Brittain et al., "Physical Characterization Of Pharmaceutical Solids," Pharmaceutical Research, Vol. 8, 963-973, At 968 (1991).

30. Attached as EXHIBIT 28 is a true and correct copy of B. Shekunov et al., "Expert Review: Particle Size Analysis in Pharmaceutics: Principles, Methods and Applications," Pharmaceutical Research, Vol. 24, at 203-227 (February 2007).

31. Attached as EXHIBIT 29 is a true and correct copy of excerpts of the Malvern Mastersizer Manual (1997).

32. Attached as EXHIBIT 30 is a true and correct copy of U.S. Patent No. 5,955,108 (Issued 9/21/1999).

33. Attached as EXHIBIT 31 is a true and correct copy of the Abraxane Label.

34. Attached as EXHIBIT 32 is a true and correct copy of an Office Action dated November 29, 2006 in U.S. Application No. 11/213,257.

35. Attached as EXHIBIT 33 is a true and correct copy of an Amendment dated March 5, 2007 in U.S. Application No. 11/213,257.

36. Attached as EXHIBIT 34 is a true and correct copy of an Office Action dated April 12, 2007 in U.S. Application No. 11/213,257.

*   *   *

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

                                          /s/ John R. McNair
                                          John R. McNair

Dated:  April 26, 2013

## **CERTIFICATE OF SERVICE**

      I, Nicholas K. Mitrokostas, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 26, 2013.

                                            /s/ Nicholas K. Mitrokostas